UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

WEALCAN ENTERPRISES, INC.,

        Plaintiff,

-v-                                        No. 08 Civ. 4044 (LTS)

CNAN GROUP SpA and CNAN
MAGHREB LINES,

        Defendants.

-------------------------------------------------------x



## ORDER

The Court has received Plaintiff's June 25, 2009, status report. It is hereby

**ORDERED**, that Plaintiff must promptly consult with Defendants and inform the Court in writing as to whether it has arranged with Defendants and/or any third parties to establish a separate escrow account into which to transfer funds in the amount of the attached assets, or obtain mutually acceptable substitute security in the amount of such assets, or pay such funds into the Registry of the Court. If the parties are able to agree to an arrangement, then this case will be dismissed without prejudice, and, upon request by Plaintiff, the case will be reopened for the

purposes of any necessary proceedings to enforce any judgment or arbitration award rendered in connection with a resolution of the merits of the dispute that is the subject of this action.

SO ORDERED.

Dated: New York, New York
June 29, 2009

LAURA TAYLOR SWAIN
United States District Judge